IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MANASSEH LEE,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:14-CV-742-L** |
| § | |
| **WELLS FARGO,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

This case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on March 10, 2014, recommending that the action be dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff, who is proceeding *pro se*, did not file objections to the Report. After reviewing the pleadings, file, record in this case, and Report, the court concludes that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses with prejudice** this action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

**It is so ordered** this 27th day of May, 2014.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**